In re: BOY SCOUTS OF AMERICA; and DELAWARE BSA LLC,
        Debtors


Great American Assurance Company; Great American E&S Insurance Company,
        Appellants