OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 12, 2023

Bruce D. Celebrezze
Clyde & Co US LLP
150 California Street
15th Floor
San Francisco, CA 94111

Konrad R. Krebs
Clyde & Co US LLP
340 Mt. Kemble Avenue
Suite 300
Morristown, NJ 07960

Bruce W. McCullough
Bodell Bove
1225 N King Street
Suite 1000
Wilmington, DE 19801

RE: In re: Boy Scouts of America and Delaware BSA LLC
Case Number: 23-1672
District Court Case Number: 1-22-cv-01237

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are**

encouraged to review their information on file with PACER and update if necessary.

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System.** <u>See</u> **3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed is case opening information regarding the above-captioned appeal filed by **Great American Assurance Co, Great American E&S Insurance Co**, docketed at **No. 23-1672**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Please note:** <u>If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed.</u> The case in the court of appeals will not be stayed absent such notification.

**<u>Counsel for Appellant</u>**

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case
6. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

**<u>Counsel for Appellee</u>**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: Legal Assistant/nmb/sb
267-299-4926

nmb/sb/cc:  John E.W. Baay II
Marla S. Benedek
Mary E. Borja
Theodore J. Boutrous Jr.
Robert S. Brady
Daniel N. Brogan
Charles J. Brown III
Robert D. Cecil Jr.
Sophie R. Churchill
Ashley-Anne Criss
Kyle Y. Dechant
Richard J. Doren
Gilion C. Dumas
Mark W. Eckard
David Elbaum
Kenneth J. Enos
Blaine H. Evanson
Gregory J. Flasser
David M. Fournier
Douglas R. Gooding
Eric R. Goodman
Debra I. Grassgreen
Susan N. Gummow
Lloyd A. Gura
Kurt F. Gwynne
James L. Hallowell
Matthew A. Hamermesh

Edwin J. Harron  
Robert K. Hill  
December L. Huddleston  
Ashley E. Jacobs  
Rachel H. Jennings  
Michael J. Joyce  
Mitchell A. Karlan  
Kathleen K. Kerns  
David M. Klauder  
Alan J. Kornfeld  
Carl N. Kunz III  
Paul A. Logan  
Christopher D. Loizides  
Kim V. Marrkand  
Jonathan D. Marshall  
Robert C. Martin  
Hannah J. McCollum  
William E. McGrath Jr.  
Marcy J. McLaughlin Smith  
Laura K. McNally  
Rachel B. Mersky  
Kathleen M. Miller  
Stephen M. Miller  
Pamela J. Milnetto  
David J. Molton  
Iain A.W. Nasatir  
James E. O'Neill III  
Richard M. Pachulski  
Kami E. Quinn  
Tori L. Remington  
Deirdre Richards  
Louis J. Rizzo Jr.  
Seth M. Rokosky  
Michael A. Rosenthal  
Maria A. Sawczuk  
Ronald P. Schiller  
Stamatios Stamoulis  
Brian A. Sullivan  
Matthew G. Summers  
Thaddeus J. Weaver  
William H. White Jr.  
Delia L. Wolff

Tacie H. Yoon